## First Department, September, 1976

### (September 16, 1976)

■ In the Matter of Thomas J. Condon, Appellant, v Michael J. Codd, as Police Commissioner of the New York City Police Department, et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 27, 1974, unanimously affirmed on the opinion of Chimera, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Birns and Lane, JJ.

■ Paul V. Ferrantino, Appellant, v Michael J. Codd, as Police Commissioner of the City of New York, et al., Resopndents.—Judgment, Supreme Court, New York County, entered on December 9, 1974, unanimously affirmed on opinion of Asch, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Birns and Lane, JJ.

■ In the Matter of the City of New York et al., Appellants, v Kenneth McFeeley, as President, et al., Respondents. In the Matter of the City of New York et al., Appellants, v Richard J. Vizzini, as President, et al., Respondents.—Judgments, Supreme Court, New York County, entered on September 26, 1975, unanimously affirmed on the opinion of Asch, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Birns and Lane, JJ.

■ Vera H. Zuyus et al., Respondents, v Herman A. Robbins, Appellant, et al., Defendants.—Two orders, Supreme Court, New York County, entered on August 18 and December 19, 1975, respectively, unanimously affirmed on memoranda of Fein, J., at Special Term, and that the respondents recover of the appellant $40 costs and disbursements of these appeals. Concur—Stevens, P. J., Markewich, Birns and Lane, JJ.

■ In the Matter of Richard Brandt et al., Appellants, v John V. Lindsay, as Mayor of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on October 17, 1973, unanimously affirmed on memorandum of Chimera, J., at Special Term, and that the respondents recover of the appellants $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Birns and Capozzoli, JJ.

### (September 21, 1976)

■ Hartford Accident & Indemnity Co., Inc., Appellant-Respondent, v Shahmoon Industries, Inc., Respondent-Appellant, and Canron, Inc., Respondent.—Order, Supreme Court, New York County, entered on November 12, 1974, unanimously affirmed for the reasons stated by Saypol, J., at Special Term and that defendant-respondent recover of plaintiff-appellant-respondent and defendant-respondent-appellant one bill of $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Birns, Silverman and Capozzoli, JJ.